UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:11-cr-179-T-30AEP

PATRIC COLEMAN

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the United States' Motion for a Forfeiture Money Judgment (Doc. 15) in the amount of $158,406.00, which, upon entry, shall become a final order of forfeiture as to defendant Patric Coleman.

Being fully advised in the premises, the Court finds that the United States has established that the defendant obtained at least $158,406.00 in gross proceeds from the mail fraud involving telemarketing, in violation of 18 U.S.C. § 1341, for which the defendant pled guilty. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 15) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 982(a)(8) and Fed. R. Crim. P. 32.2(b)(2), defendant Patric Coleman shall be held liable for a forfeiture money judgment in the amount of $158,406.00.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of any property, belonging to the defendant, that the United

States is entitled to seek as substitute assets and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on June 23, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-179.forfeit 15.wpd

2